# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BOBBY CHRISTOPHER ISIDORE

NO. 2021 KW 0983

**OCTOBER 25, 2021**

---

In Re:    Bobby Christopher Isidore, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 540,658-4.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT